

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 1:15cr13 HSO-JCG

WILLIAM MARTIN  18 U.S.C. § 666(a)(1)(B)
 18 U.S.C. § 1512(c)(2)

**The Grand Jury charges**:

At all times relevant to this Indictment:

1. Harrison County, Mississippi, was a local government, as that term is defined in Section 666(d), Title 18, United States Code, which received federal assistance in excess of $10,000.00 during each one-year period beginning January 1, 2005, and ending December 31, 2012.

2. The defendant, **WILLIAM MARTIN**, was a Supervisor for Harrison County, and as such was an agent of Harrison County, as that term is defined in Section 666(d), Title 18, United States Code.

COUNT 1

3. That from on or about January 2005 through on or about August 2012, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WILLIAM MARTIN**, did corruptly solicit, demand, accept and agree to accept multiple things of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions of Harrison County, Mississippi, involving a thing of value of $5,000.00 or more.

All in violation of Section 666(a)(1)(B), Title 18, United States Code.

## COUNT 2

4. That from in or about September 2014 through in or about October 2014, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WILLIAM MARTIN**, did corruptly solicit, demand, accept and agree to accept a thing of value from a person, intending to be influenced and rewarded in connection with a transaction and series of transactions of the Harrison County, Mississippi, involving a thing of value of $5,000.00 or more.

All in violation of Section 666(a)(1)(B), Title 18, United States Code.

## COUNT 3

On or about December 17, 2014, in Harrison County, in the Southern Division of the Southern District of Mississippi, and elsewhere, the defendant, **WILLIAM MARTIN**, did corruptly attempt to obstruct, impede, and influence an official proceeding, that is, defendant **MARTIN** knowingly and intentionally attempted to corruptly influence a witness subpoenaed to appear before a Federal Grand Jury proceeding and impede the providing of truthful testimony testifying by such witness to a Federal Grand Jury proceeding on matters relating to the crimes alleged in Counts 1 and 2 above.

All in violation of Section 1512(c)(2), Title 18, United States Code.

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendant shall forfeit to the United States all property involved in or traceable to property involved in the

offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses. Further, if any property described above, as a result of any act or omission of the defendant: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third party; (c) has been placed beyond the jurisdiction of the Court; (d) has been substantially diminished in value; or (e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of the defendant, up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Sections 981(a)(1)(C) and 982(a)(3), Title 18, United States Code, and Section 2461(c), Title 28, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

s/signature redacted
Foreperson of the Grand Jury

This indictment was returned in open court by the foreperson or deputy foreperson of the grand jury on this the ___18th___ day of February, 2015.

UNITED STATES MAGISTRATE JUDGE