CRIMINAL CASE COVER SHEET
U.S. District Court
PLACE OF OFFENSE:

CITY: GULFPORT

COUNTY: HARRISON

RELATED CASE INFORMATION:
SUPERSEDING INDICTMENT _____ DOCKET # 1:15cr13 HSO-JCG
SAME DEFENDANT _____ NEW DEFENDANT _____
MAGISTRATE JUDGE CASE NUMBER _____
R 20/ R 40 FROM DISTRICT OF _____

**DEFENDANT INFORMATION:**

JUVENILE: ____ YES __X__ NO
MATTER TO BE SEALED: __X__ YES ____ NO

NAME/ALIAS: WILLIAM MARTIN

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
FEB 18 2015
ARTHUR JOHNSTON
BY _____ DEPUTY

**U.S. ATTORNEY INFORMATION:**

AUSA   DMH         BAR # 99990

INTERPRETER:   X   NO ___ YES   LIST LANGUAGE AND/OR DIALECT:

**LOCATION STATUS:**   ARREST DATE _____

____ ALREADY IN FEDERAL CUSTODY AS OF _____
____ ALREADY IN STATE CUSTODY
____ ON PRETRIAL RELEASE

**U.S.C. CITATIONS**

TOTAL # OF COUNTS: __3__   _____ PETTY   _____ MISDEMEANOR   __3__ FELONY

| (Clerk's Office Use Only) | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1  18:666C.F | 18: USC § 666(A)(1)(B) | BRIBERY | 1-2 |
| Set 2  18:1512C.F | 18: USC § 1512(C)(2) | OBSTRUCTION OF JUSTICE | 3 |
| Set 3 | | | |
| Set 4 | | | |

Date: 2-11-15        **SIGNATURE OF AUSA:** [signature]

Revised 2/26/2010