IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.                                                       CRIMINAL NO.  1:15cr13HSO-JCG

WILLIAM MARTIN

### MOTION FOR LEAVE OF COURT TO DISMISS THE INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Mississippi, by and through his undersigned Assistant, hereby moves for Leave of Court to dismiss with prejudice the Indictment in Criminal No. 1:15cr13HSO-JCG against the defendant, WILLIAM MARTIN, who died on February 26, 2015.

Dated: March 4, 2015

Respectfully submitted,

GREGORY K. DAVIS
United States Attorney

By:     */s   Ruth R. Morgan*
Ruth R. Morgan
Assistant United States Attorney
MS Bar No. 1996
1575 20th Avenue
Gulfport, MS 39501
Ph: (228) 563-1560
Fax: (228)563-1571
Ruth.Morgan@usdoj.gov

### CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

*/s   Ruth R. Morgan*
Ruth R. Morgan
Assistant United States Attorney