IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.   CRIMINAL NO. 1:15cr13HSO-JCG

WILLIAM MARTIN

## ORDER GRANTING LEAVE OF COURT AND DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, on Motion [11] of the United States Attorney, for leave of court to dismiss the Indictment in Criminal Number 1:15cr13HSO-JCG against the Defendant, WILLIAM MARTIN, the Court hereby grants Leave of Court for the filing of the dismissal and the indictment is hereby dismissed with prejudice.

SO ORDERED this the 4th day of March, 2015.

*s/Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE